**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. '13 – CV – 03512

(To be supplied by the court)

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC 30  PM 3: 27

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

_____, Plaintiff,

v.

Frontier Airlines ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ ,

_____ , Defendant(s).

(List each named defendant on a separate line.)

---

**COMPLAINT**

---

(Rev. 07/06)

**PARTIES**

1.   Plaintiff   _Krista Radford_   is a citizen of   _Colorado_
who presently resides at the following address:
_3661 S. Kirk St. Aurora, Colorado 80013_

2.   Defendant   _Frontier_   is a citizen of   _____
who live(s) at or is/are located at the following address:
_7100 Tower Road   Denver, Colorado_

3.   Defendant   _____   is a citizen of   _____
who live(s) at or is/are located at the following address:

_____

(Attach a separate page, if necessary, to list additional parties.)

**JURISDICTION**

4.   Jurisdiction is asserted pursuant to following statutory authorities:

_____

_____

_____

5.   Briefly state the background of your case:

_Discrimination of FMLA filled charges+ with the EEOC recieved letter right to suit._

(Rev. 07/06)                                   2

**FIRST CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**SECOND CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**THIRD CLAIM FOR RELIEF**
**AND SUPPORTING FACTUAL ALLEGATIONS**
(Please number your paragraphs and attach any necessary additional pages.)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Offer of job back
back pay and pay that still owed
flying privilages with senority date
Payment pain & suffering and deflamation

Date: Dec. 30, 2013

_____
(Plaintiff's Original Signature)

3601 S. Kirk St.
(Street Address)

Arrora, Co. 80013
(City, State, ZIP)

720-434-5551
(Telephone Number)



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Denver Field Office

303 East 17th Avenue, Suite 410
Denver, CO  80203
Intake Information Group:  (800) 669-4000
Intake Information Group TTY:  (800) 669-6820
Denver Status Line:  (866) 408-8075
Denver Direct Dial:  (303) 866-1359
TTY (303) 866-1950
FAX (303) 866-1085

*Deadline
Dec. 30, 2013 !!!*

Krista L. Radford
3601 S Kirk Street
Aurora, CO 80013

RE:  EEOC Charge Number: 541-2013-00631

Dear Ms. Radford,

This is to advise that we have made the determination to dismiss your charge of employment discrimination (referenced above).  Our assessment of the charge included careful consideration of all the information offered by both you and the employer.

As you may already know, in 1995, our agency moved toward a more strategic approach to enforcement with the adoption of new priority charge handling procedures.  These procedures require our staff to make careful decisions about charges to ensure that our limited available resources are focused upon those charges which we believe, based upon our extensive experience in interpreting the laws that we enforce, are most likely to result in findings of violation(s). While reasonable persons may differ in their views of the available evidence pertaining to individual charges, the overall effect of our operational approach has been that a very large number of non-meritorious cases have been eliminated from our national workload, thus allowing for more timely and careful attention to other charges more likely to result in significant civil rights enforcement gains.

Our review of the evidence indicates that it is very unlikely that further investigation will yield sufficient evidence to establish a violation of the laws that we enforce.  At this time, the available evidence does not support your allegation of discrimination  or retaliation for taking part in a protected activity.  Accordingly, we decline to take further action on the subject charge.  The enclosed Dismissal and Notice of Rights represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue this matter by filing a lawsuit within 90 days of receipt of the notice.  If you fail to file a lawsuit within the statutory 90-day period, your right to sue in federal court will expire and cannot be restored by the EEOC.

We hope that this information is helpful to you.

**SEP 3 0 2013**

_____
Date

Sincerely,

Todd Chavez
Investigator
(303) 866-1383

Enclosure:      Dismissal and Notice of Right to Sue
                Attorney Referral List

COLORADO BAR ASSOCIATION
303-860-1115

COLORADO ATTORNEY REFERRAL LIST
(No recommendations are made by EEOC)
Updated 05/06/11

U. S. DISTRICT COURT
303-844-3433

| LAW FIRM / ATTORNEY | CONTACT PERSON | ADDRESS | CITY / STATE / ZIP | TELEPHONE NUMBER | FAX NUMBER | LANGUAGES SPOKEN |
|---|---|---|---|---|---|---|
| Williams, Porter, Day & Neville, P.C. | Scott E. Ortiz (lic. in WY, CO & NE) | P. O. Box 10700 | Casper, WY 82602 | 307-265-0700 | 307-266-3104 | |
| Muraine & Bostwick, LLC | Stuart R. Day (lic. in WY & CO) | 2020 Carey Ave., Ste. 750 | Cheyenne, WY 82009 | 307-634-7500 | 307-638-7882 | |
| Alston Law Firm | Loyd E. Smith (lic. In CO & WY) | 2851 S. Parker Rd., Ste. 630 | Aurora, CO 80014 | | | |
| | Nelson G. Alston | | | 303-369-4444 | 303-292-5888 | |
| DiGiacomo & Jaggers, LLP | David R. DiGiacomo | Aspen Business Park, 5400 Ward Rd., Bldg. III, Ste. 300 | Arvada, CO 80002 | 303-420-4220 | 303-423-4840 | |
| Law Office of Stuart D. Mann, LLC | Stuart D. Mann | Mountain View Corporate Center, 12202 Airport Way, Ste. 170 | Broomfield, CO 80021 | 303-991-2233 | 303-991-1895 | Hindi, Gujarati, French |
| St. Clair & Greschler, P.C. | Dipak P. Patel | 3100 Arapahoe, Ste. 503 | Boulder, CO 80303 | 303-440-7500 | 303-440-8708 | French |
| McCurdy & Eckstadt | Sean McCurdy | 9085 E. Mineral Cir., Ste. 380 | Centennial, CO 80112 | 303-832-8871 | | |
| Cornish & Dell Oiio | Craig M. Cornish | 431 N Cascade Ave., Ste. 1 | Colorado Springs, CO 80903 | 719-475-1204 | 719-475-1264 | |
| Cross, Bennett & Hessell, LLC | Keith Cross | 108 E. St Vrain, Ste #20 | Colorado Springs, CO 80903 | 719-633-1359 | 719-633-5788 | |
| Baird and Krovsky, LLC | J. Mark Baird | The Bushong Mansion, 2036 E. 17th Ave. | Denver, CO 80206 | 303-813-4500 | 303-813-4501 | |
| Mark S. Bove | Mark S. Bove | 730 17th St., Ste. 635 | Denver, CO 80202 | 303-393-6666 | 303-393-0132 | |
| Ellen Buckley | Ellen Buckley | P. O. Box 12036 | Denver, CO 80212 | 303-477-2207 | 303-477-1878 | |
| Gonser & Bryant, P.C. | Milo N. Gonser | 600 Grant St., Ste. 505 | Denver, CO 80203 | 303-894-0400 | 303-894-8111 | |
| Gregson and Pixler, P.C. | Ronald E. Gregson | 1775 Mellon Financial Center, 1775 Sherman St., Ste. 1775 | Denver, CO 80218 | 303-861-2702 | 303-861-2702 | |
| | Hugh S. Pixler | | | | | |
| | Jennifer J. Gifford | | | | | |
| Law Office of Gregory A. Hall | Gregory A. Hall | 3570 E. 12th Ave., Ste. 200 | Denver, CO 80206 | 303-320-0584 | 303-370-6992 | French |
| Kelly Haglund Garnsey Kahn LLC | | 1441 18th St., Ste. 300 | Denver, CO 80202 | 303-296-9412 | 303-293-8705 | Spanish |
| Gina B. Hardin, LLC | Gina B. Hardin | 3330 W. 31st Ave. | Denver, CO 80211 | 303-525-3076 | 303-455-4360 | Spanish |
| King & Greisen, LLC | Diane King | 1670 York Street | Denver, CO 80206 | 303-298-9878 | 303-298-9879 | |
| | Paula Greisen | | | | | |
| | Laura E. Schwartz | | | | | |
| Killmer, Lane & Newman, LLP | Darold W. Killmer | 1543 Champa St., Ste. 400, The Odd Fellows Hall | Denver, CO 80202 | 303-571-1000 | 303-571-1001 | |
| Lohf, Shaiman, Jacobs & Hyman, PC | Lynn D. Feiger | 950 S. Cherry St., Ste. 900 | Denver, CO 80246 | 303-753-9000 | | |
| McNamara Roseman, Martinez & Kazmierski, L.L.P | Stefan Kazmierski | 1640 East 18th Ave. | Denver, CO 80218 | 303-333-8700 | 303-331-6967 | Spanish |
| John Mosby | John Mosby | 730 17th St., Ste. 750 | Denver, CO 80202 | 303-623-1355 | 303-623-1917 | |
| Laurie Paddock | Laurie Paddock | 303 E. 17th Ave., Ste. 700 | Denver, CO 80203 | 303-863-0071 | 303-863-0051 | |
| Leslie A. Petri, Esq | Leslie A. Petri | 3773 Cherry Creek Dr. N., Ste. 575 | Denver, CO | 303-331-7979 | 303-331-7973 | |
| Celia F. Randolph, LLC | Celia F. Randolph | 1720 S. Bellaire St., Ste. 1000 | Denver, CO 80202 | 303-757-8582 | 303-757-8145 | |
| Robinson & Associates Law Office | Jennifer Robinson | 7900 E. Union Ave., Ste. 1100 | Denver, CO 80237 | 303-866-9793 | 303-839-1750 | |
| Silverman & Olivas, P.C. | David Olivas | 1601 Blake St., Ste. 520, JP Plaza | Denver, CO 80202 | 303-595-0165 | 303-825-4010 | Spanish |
| Solomon Pearl Blum Heymann & Stich LLP | Elwyn F. Schaefer | 1801 Broadway, Ste. 500 | Denver, CO 80202 | 303-825-1961 303-832-6686 | | |

EEOC Form 161 (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Krista L. Radford
3601 S Kirk Street
Aurora, CO 80013

From: Denver Field Office
303 East 17th Avenue
Suite 410
Denver, CO 80203

[ ] On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2013-00631 | Christopher D. Padilla, Supervisory Investigator | (303) 866-1336 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_Nancy A. Sienko,_ for            SEP 3 0 2013

**Nancy A. Sienko,**
**Director**                                      (Date Mailed)

Enclosures(s)

cc: Jerry Arellano
Manager, Employee Relations
FRONTIER AIRLINES
7001 Tower Road
Frontier Center One
Denver, CO 80249

Enclosure with EEOC
Form 161 (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

**IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.**