IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2013 DEC 30  PM 3:27

JEFFREY P. COLWELL
       CLERK

BY_____DEP. CLK
```

Civil Action No. **'13 - CV - 03512**

__Krista Radford,__
Plaintiff(s),

v.

__Frontier Airlines__,
Defendant(s).

### MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
### PURSUANT TO 28 U.S.C. § 1915

  I request leave to commence this civil action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ____ do not ____ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

(1)  I am unable to pay such fees or give security therefor.

(2)  The nature of this action is: _____

(3)  I am entitled to redress.

  I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true:

**MARITAL STATUS AND DEPENDENTS**
Single ____ Married ____ Separated __X__ Divorced ____
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):

Name __Tyanna Owens__ Age __3__ Relationship __granddaughter__
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____
Name _____ Age _____ Relationship _____

**RESIDENCE**
Street Address: __3601 S. Kirk St.__
City: __Aurora__ State: __Colorado__
Zip Code: __80013__ Telephone: __720-434-5551__

(Rev. 07/06)

**EDUCATION**
What is the highest level of formal education you have received:
_____
I can speak, read, write, and understand the English language: Yes _X_   No ____

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _Xfinity Comcast_
Address of employer: _7950 Tucson Way Centinneal, Colorado_
Telephone number of employer: _____
How long have you been employed by present employer: _6 months_
Income:  Monthly $ _1,000.00_  Weekly $ _____

If <u>self-employed</u>, state your net income: Monthly $ _N/A_  Weekly $ _N/A_
What is the nature of your self-employment? _N/A_

If <u>unemployed</u> at present, complete the following:
I have been unemployed since: _N/A_
Name of last employer: _____
Address of last employer: _____
Telephone number of last employer: _____
Salary or hourly wage received from last employer: $ _____

If <u>spouse</u> is employed, complete the following:
Name of employer: _N/A_
How long has spouse been employed by present employer: _N/A_
Income:  Monthly $ _N/A_  Weekly $ _N/A_

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: _N/A_
Monthly benefits: $ _N/A_  Weekly benefits: $ _N/A_

**REAL AND PERSONAL PROPERTY**
<u>Real property</u>:
Do you own real property? Yes ____  No _X_
If yes, describe: _N/A_
Address: _____
Name(s) on title: _____
Estimated value: $ _____  Amount owed: $ _____
Annual income from real property: $ _____

(Rev. 07/06)

Personal property:
Automobile: Make: __N/A__   Model: __N/A__   Year: __N/A__
Name(s) on registration: _____
Estimated value: $ _____   Amount owed: $ _____

Cash on hand:
Total amount of cash in banks and savings and loan associations: $ __0__
Names and addresses of banks and associations: __CHASE__

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): __N/A__

| FINANCIAL OBLIGATIONS: | MONTHLY PAYMENT: |
|---|---|
| Rent on house or apartment: | $ 900.00 |
| Mortgage on house: | $ |
| Gas bill: | $ 70.00 |
| Electric bill: | $ 30.00 |
| Telephone bill: | $ |
| Food: | $ 200.00 |
| Clothing: | $ |
| Automobile loan: | $ |
| Automobile insurance: | $ |
| Other insurance: | $ |
| Payments to retail merchants: | $ |
| Total owed: | |
| Payments on any other outstanding loans or debts: | $ |
| Total owed: | |
| Payments to doctors, hospitals, lawyers: | $ |
| Total owed: | |
| Maintenance under separation or dissolution agreement: | $ |
| Child support: | $ |
| Other Payments: | |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| Describe: | $ |
| Total monthly payments: | $ |

(Rev. 07/06)

**ATTEMPTS TO LOCATE COUNSEL**

Please list the name, address, and telephone number of each attorney you have contacted requesting representation in this matter. The court encourages you to contact a minimum of three attorneys.

Attorney: Vance Larimer
Street Address: DTC 8500 Prentice
City: Greenwood Village
State: Colorado
Zip Code:
Telephone: 303-221-9039
Date Contacted: 4-2012

Attorney:
Street Address:
City:
State:
Zip Code:
Telephone:
Date Contacted:

Attorney:
Street Address:
City:
State:
Zip Code:
Telephone:
Date Contacted:

Attorney:
Street Address:
City:
State:
Zip Code:
Telephone:
Date Contacted:

Attorney:
Street Address:
City:
State:
Zip Code:
Telephone:
Date Contacted:

Date: 30 Dec 2013

(Plaintiff's Original Signature)

Subscribed and sworn to before me this 30 day of December, 2013

(Notary Public)

NICHOLE C. FISCHER
Notary Public
State of Colorado
Notary ID 20114030162
My Commission Expires May 19, 2015

1125 17th St Denver, Co 80202
(Address)

My commission expires: May 19, 2015

(Rev. 07/06)