IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-3512-BNB

KRISTA RADFORD,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC,

    Defendant.

## ENTRY OF APPEARANCE

Brian M. Mumaugh of HOLLAND & HART, LLP, hereby enters his appearance as counsel on behalf of Defendant Frontier Airlines, Inc., in the above-reference matter.

Dated February 7, 2014

    Respectfully submitted,

s/Brian M. Mumaugh
HOLLAND & HART LLP
6380 S. Fiddlers Green Circle
Suite 500
Greenwood Village, CO 80111
Phone: (303) 290-1067
Fax: (303) 290-1606
BMumaugh@hollandhart.com

**ATTORNEYS FOR DEFENDANT FRONTIER AIRLINES, INC.**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on 2/7/14, I have mailed the foregoing to the following addresses:

Krista Radford
3601 S. Kirk St.
Aurora, CO 80013

*s/ Christine Miccio*

6664318_1