**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-3512-BNB

KRISTA RADFORD,

    Plaintiff,

vs.

FRONTIER AIRLINES, INC,

    Defendant.

## ENTRY OF APPEARANCE

    Bradford J. Williams of HOLLAND & HART, LLP, hereby enters his appearance as counsel on behalf of Defendant Frontier Airlines, Inc., in the above-reference matter.

    Dated February 7, 2014.

                                    Respectfully submitted,

                                    s/ *Bradford J. Williams*
                                    Bradford J. Williams
                                    HOLLAND & HART LLP
                                    555 17th Street, Suite 3200
                                    Denver, Colorado 80202
                                    Phone: 303-295-8121
                                    Fax: 303-223-3271
                                    bjwilliams@hollandhart.com

                                    **ATTORNEYS FOR DEFENDANT FRONTIER
                                    AIRLINES, INC.**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on 2/7/14, I have mailed the foregoing to the following addresses:

Krista Radford
3601 S. Kirk St.
Aurora, CO 80013

*s/ Christine Miccio*

6664323_1