IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03512-BNB

KRISTA RADFORD,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff has filed a Letter with the Court (ECF No. 7) requesting an extension of time to file her amended complaint, as directed in the February 10, 2014 Order.

    Plaintiff shall have until **thirty (30) days from the date of this minute order** to file an amended complaint.

    Plaintiff's request for the appointment of counsel (ECF No. 7) is DENIED as premature.

Dated:  March 12, 2014