IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03512-LTB

KRISTA RADFORD,

    Plaintiff,

v.

FRONTIER AIRLINES,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 30, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Respondent.

    DATED at Denver, Colorado, this 30th day of May, 2014.

                         FOR THE COURT,

                         JEFFREY P. COLWELL, Clerk

                         By: s/K Lyons
                             Deputy Clerk